**FILED**
CLERK, U.S. DISTRICT COURT

11/02/2022

CENTRAL DISTRICT OF CALIFORNIA
BY: _____DVE_____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

April 2022 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>       v.<br><br>RIGOBERTO TORRES,<br><br>            Defendant. | No. 8:22-cr-00152-JVS<br><br>I N D I C T M E N T<br><br>[21 U.S.C. §§ 841(a)(1), (b)(1)(B)(vi): Possession with Intent to Distribute Fentanyl] |

The Grand Jury charges:

[21 U.S.C. § 841(a), (b)(1)(B)(vi)]

On or about August 2, 2022, in Orange County, within the Central District of California, defendant RIGOBERTO TORRES knowingly and intentionally possessed with intent to distribute at least 40 grams, that is, approximately 233 grams, of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-

///

///

piperidinyl] propanamide (also known as "fentanyl"), a Schedule II narcotic drug controlled substance.

A TRUE BILL

/s/
Foreperson

E. MARTIN ESTRADA
United States Attorney

*Christina Shy for SMG*

SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division

BENJAMIN R. BARRON
Assistant United States Attorney
Chief, Santa Ana Branch Office

GREGORY W. STAPLES
Assistant United States Attorney
Santa Ana Branch Office